UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE, SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK                              Writer's Direct Dial (501)604-5312
CLERK                                           **Criminal Docket Facsimile (501)604-5139**

September 7, 2006

Mr. Garry J. Corrothers
Attorney at Law
221 West Second Street, Suite 601A
Little Rock, AR 72201

Re:   USA v. Donald Lee Balfour
      4:06CR00105-13

Dear Mr. Corrothers:

A superseding indictment, which is attached, was returned by the grand jury on September 5, 2006 in the above-captioned case. **The arraignment on the superseding indictment is scheduled for September 28, 2006 at 2:00 p.m. in Room 155, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas, before Magistrate Judge J. Thomas Ray.**

Because no new counts were added to the superseding indictment, you can, in the alternative, complete the enclosed waiver form stating that your client wishes to waive his or her presence at the arraignment. **The completed and signed waiver must be filed with the Clerk no later than seventy-two (72) hours prior to the arraignment or your client will be expected to appear as scheduled.** *A copy of the waiver should also be submitted directly to Magistrate Judge J. Thomas Ray, the U.S. Attorney's Office and the U.S. Probation Office.*

The defendant need not be present for the arraignment if the completed waiver is approved by the Judge. If approved, the waiver will serve as the formal arraignment in this case. You will be notified immediately if Magistrate Judge J. Thomas Ray does not consent to the waiver and the defendant is required to appear in court.

Sincerely,

JAMES W. McCORMACK
CLERK OF COURT

By: /s/ K. Cooley, Deputy Clerk

enclosures
cc:   Hon. J. Thomas Ray
      U.S. Attorney's Office
      U.S. Probation Office
      Case File